JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICKY G. CALDWELL,** | No. LA CV 17-02762-VBF-SK |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| California Substance Abuse Treatment Facility et al., | |
| Respondents. | |

Pursuant to this Court's Order Denying the Habeas Corpus Petition and Dismissing the Action <u>With Prejudice</u>, **final judgment is hereby entered in favor of all the respondents and against petitioner Ricky G. Caldwell.**

Dated: November 13, 2017

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE